UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2010
```

------------------------------------------------------x
FEDERAL INSURANCE COMPANY            :
                                     :
                    Plaintiff,       :
         v.                          :
                                     :    Civ. Action No. 09-CV-7863 (NRB)
SAFENET, INC., et al.,               :
                                     :
                    Defendants.      :
                                     :
                                     :
------------------------------------------------------x

## [PROPOSED] ORDER

Defendants in the above-referenced action shall file their answers to Federal Insurance Company's complaint on or before January 14, 2011.

SO ORDERED, this 15th day of December, 2010

_____
Hon. Naomi Reice Buchwald, District Judge