*Buchwald, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/30/2010
```

------------------------------------------------x
FEDERAL INSURANCE COMPANY

               Plaintiff,

      v.

SAFENET, INC., et al.,

               Defendants.

------------------------------------------------x

Civ. Action No. 09-CV-7863 (NRB)

## STIPULATION AND [PROPOSED] ORDER SUBSTITUTING COUNSEL

      IT IS HEREBY STIPULATED AND AGREED by the undersigned that, pursuant to Local Civil Rule 1.4, Ann V. Kramer of Reed Smith LLP shall be substituted in place of Richard H. Klapper, Mark F. Rosenberg and Andrew H. Reynard of Sullivan & Cromwell LLP as counsel of record for defendant SafeNet, Inc. in the above-referenced action.

Dated: New York, New York
       December 22, 2010

Richard H. Klapper
Mark F. Rosenberg
Andrew H. Reynard
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000
KlapperH@sullcrom.com

Ann V. Kramer
REED SMITH LLP
599 Lexington Avenue
22nd Floor
New York, New York 10022
(212) 205-6057
akramer@reedsmith.com

SO ORDERED, this 29th day of December, 2010

Hon. Naomi Reice Buchwald
United States District Judge