USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2011

Buchwald, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, | ) |
| Plaintiff, | ) Civ. Action No. 09-CV-7863-NRB |
| v. | ) |
| SAFENET, INC.; et al., | ) **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** |
| Defendants. | ) |

IT IS HEREBY STIPULATED AND AGREED this ___ day of January 2011, BY AND BETWEEN the undersigned counsel for Plaintiff, Federal Insurance Company ("Federal"), and Defendants, SafeNet, Inc. ("SafeNet"), Carole Argo ("Argo"), and Anthony A. Caputo ("Caputo") (collectively "Defendants"), that the time within which Defendants may answer or otherwise respond to the Complaint in the above matter is hereby extended until Wednesday, January 19, 2011.

SO STIPULATED:

DATED:       January 12, 2011

By _____
Michael P. Perlis
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1600
Los Angeles, CA 90067
Tel: 310-556-5800
Fax: 310-407-6321
mperlis@stroock.com
*Counsel for Plaintiff, Federal Insurance Company*

DATED:   January /2, 2011

By _____
Ann V. Kramer
REED SMITH LLP
599 Lexington Avenue – 22nd Floor
New York, NY 10022
Tel: 212-205-6057
Fax: 212-521-5450
akramer@reedsmith.com
*Counsel for Defendant, SafeNet, Inc.*

DATED:   January ___, 2011

By _____
Benjamin C. Brown
WILMER CUTLER PICKERING HALE & DORR
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-663-6000
Fax: 202-663-6363
ben.brown@wilmerhale.com
*Counsel for Defendant, Carole Argo.*

DATED:   January ___, 2011

By _____
Joshua P. Wilson
ARNOLD & PORTER, LLP
555 Twelfth Street, NW
Washington, DC 20004
Tel: 202-942-5000
Fax: 202-942-5999
Joshua.Wilson@aporter.com
*Counsel for Defendant, Anthony A. Caputo*

**SO ORDERED:**

_____
USDJ
1/14/11

DATED:    January ___, 2011

By_____
Ann V. Kramer
REED SMITH LLP
599 Lexington Avenue – 22nd Floor
New York, NY 10022
Tel: 212-205-6057
Fax: 212-521-5450
akramer@reedsmith.com
*Counsel for Defendant, SafeNet, Inc.*

DATED:    January _12_, 2011

By_____
Benjamin C. Brown
WILMER CUTLER PICKERING HALE & DORR
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-663-6000
Fax: 202-663-6363
ben.brown@wilmerhale.com
*Counsel for Defendant, Carole Argo.*

DATED:    January ___, 2011

By_____
Joshua P. Wilson
ARNOLD & PORTER, LLP
555 Twelfth Street, NW
Washington, DC 20004
Tel: 202-942-5000
Fax: 202-942-5999
Joshua.Wilson@aporter.com
*Counsel for Defendant, Anthony A. Caputo*

**SO ORDERED:**

_____

- 2 -

DATED:   January ___, 2011

By _____
Ann V. Kramer
REED SMITH LLP
599 Lexington Avenue – 22nd Floor
New York, NY 10022
Tel: 212-205-6057
Fax: 212-521-5450
akramer@reedsmith.com
*Counsel for Defendant, SafeNet, Inc.*

DATED:   January ___, 2011

By _____
Benjamin C. Brown
WILMER CUTLER PICKERING HALE & DORR
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-663-6000
Fax: 202-663-6363
ben.brown@wilmerhale.com
*Counsel for Defendant, Carole Argo.*

DATED:   January 12, 2011

By /s/ _____
Joshua P. Wilson
ARNOLD & PORTER, LLP
555 Twelfth Street, NW
Washington, DC 20004
Tel: 202-942-5000
Fax: 202-942-5999
Joshua.Wilson@aporter.com
*Counsel for Defendant, Anthony A. Caputo*

**SO ORDERED:**

_____

- 2 -