# STROOCK

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/2011

February 2, 2011

By Federal Express

Michael F. Perlis
Direct Dial  310-556-5821
Direct Fax  310-407-6321
mperlis@stroock.com

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   <u>Federal Insurance Company v. SafeNet., et al., Case No. 09-CV-7863 (NRB);</u>
      <u>Proposed Briefing Schedule</u>

Dear Judge Buchwald:

Pursuant to the Court's order, counsel for Plaintiff Federal Insurance Company ("Federal") and Defendants SafeNet Inc. ("SafeNet"), Carole Argo, and Anthony Caputo have conferred by telephone and/or email on a proposed briefing schedule and propose the following:

1. February 4, 2011 – Filing deadline for Federal's Motion for Summary Judgment;

2. February 25, 2011 – Filing deadline for Defendants' Opposition to Federal's Motion for Summary Judgment and Defendants' Cross Motion for Summary Judgment (if any);

3. March 18, 2011 – Filing deadline for Federal's Reply in Support of its Motion for Summary Judgment and Federal's Opposition to Defendants' Cross Motion for Summary Judgment (if filed);

*Endorsement*

*The briefing schedule is approved.*

*Naomi Reice Buchwald,*
*USDJ*

*February 2, 2011*

LA 51366901v1

Hon. Naomi R. Buchwald
February 2, 2011
Page 2

    4. April 5, 2011 – Filing deadline for Defendants' Reply in Support of their Cross Motion for Summary Judgment (if filed).

Counsel for all parties respectfully request the Court's approval of the proposed briefing schedule.

Respectfully submitted,

*[signature]*

Michael F. Perlis

cc:    Ann V. Kramer, Reed Smith LLP (by Fax)
       Benjamin C. Brown, Wilmer Cutler Pickering Hale & Dorr (by Fax)
       Paul A. Engelmayer, Wilmer Cutler Pickering Hale & Dorr (by Fax)
       Joshua P. Wilson, Arnold & Porter LLP (by Fax)
       John A. Freedman, Arnold & Porter LLP (by Fax)

MFP:rb

LA 51366901v1

STROOCK & STROOCK & LAVAN LLP · LOS ANGELES · NEW YORK · MIAMI
2029 CENTURY PARK EAST, LOS ANGELES, CA 90067-3086 TEL 310.556.5800 FAX 310.556.5959 WWW.STROOCK.COM