<u>**REVISED**</u>
<u>**CERTIFICATE OF SERVICE**</u>

The undersigned, an attorney at law in the state of New York, affirms that on February 25, 2011, she caused the following documents to be served via electronic filing

(1) NOTICE OF DEFENDANT SAFENET'S CROSS-MOTION FOR SUMMARY JUDGMENT;

(2) DEFENDANT SAFENET'S MEMORANDUM OF LAW IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF FEDERAL'S MOTION FOR SUMMARY JUDGMENT;

and on February 26, 2011:

(3) DECLARATION OF ANN V. KRAMER IN SUPPORT OF DEFENDANT SAFENET'S CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF FEDERAL'S MOTION FOR SUMMARY JUDGMENT AND EXHIBITS 1-10(e) and 16-27;

(4) AFFIDAVIT OF KEVIN HICKS;

(5) DEFENDANT SAFENET'S RULE 56.1 STATEMENT OF MATERIAL FACTS;

(6) DEFENDANT SAFENET'S RESPONSE TO PLAINTIFF FEDERAL'S RULE 56.1 STATEMENT OF MATERIAL FACTS;

and on February 28, 2011:

(7) DECLARATION OF ANN V. KRAMER IN SUPPORT OF DEFENDANT SAFENET'S CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF FEDERAL'S MOTION FOR SUMMARY JUDGMENT AND EXHIBITS 11-15;

upon:

Andrew Hunter Reynard: reynarda@sullcrom.com, s&cmanagingclerk@sullcrom.com
Angela Hardister Zimmern: azimmern@mcguirewoods.com
Benjamin C. Brown: ben.brown@wilmerhale.com
David A. Luttinger , Jr.: dluttinger@morganlewis.com, nymanagingclerk@morganlewis.com
Joshua P. Wilson: joshua.wilson@aporter.com
Mark Fletcher Rosenberg: rosenbergm@sullcrom.com, s&cmanagingclerk@sullcrom.com
Matthew Benjamin Holmwood: matthew.holmwood@wilmerhale.com
Michael Fredrick Perlis: mperlis@stroock.com, lacalender@stroock.com
Paul Adam Engelmayer: paul.engelmayer@wilmerhale.com

-2-

Rachael Shook: rshook@stroock.com
Richard Howard Klapper: klapperr@sullcrom.com, s&cmanagingclerk@sullcrom.com
Richard L Jarashow: rjarashow@mcguirewoods.com, jsimonelli@mcguirewoods.com
Richard Ray Johnson: rjohnson@stroock.com

*/s/ Ann V. Kramer*
Ann V. Kramer