IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civ. Action No. 09-CV-7863-NRB |
| SAFENET, INC.; et al., | ) ) |
| Defendants. | ) ) ) ) |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, I, Ann V. Kramer, a member in good standing of the Bar of this Court hereby move for an Order allowing the admission *pro hac vice* of:

Jan A. Larson
REED SMITH LLP
1301 K Street, NW
East Tower – Suite 1100
Washington, DC 20005-3317
T: (202) 414-9200
F: (312) 414-9299
jlarson@reedsmith.com

Jan A. Larson is a member in good standing of the Bar of the State of Virginia and the Bar of the District of Columbia. There are no pending disciplinary proceedings against Jan A. Larson in any State of Federal Court.

Date: March 16, 2011      By: _____
Ann V. Kramer [AK6448]
REED SMITH LLP
599 Lexington Avenue - 22nd Floor
New York, New York 10022
Tel: (212) 205-6057
Fax: (212) 521-5450
akramer@reedsmith.com
*Attorney for Defendant,
SafeNet, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 09-CV-7863-NRB |
| | ) | |
| SAFENET, INC.; et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF ANN V. KRAMER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Ann V. Kramer, being duly sworn, hereby deposes and says as follows:

1. I am a Partner at Reed Smith LLP, counsel for Defendant, SafeNet, Inc. ("SafeNet") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's Motion to Admit Jan A. Larson as counsel *pro hac vice* to represent SafeNet in this matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in 1985. I am also admitted to the Bar of the United States District Courts for the Southern District of New York, the Eastern District of New York, and the Northern District of New York, the Bar of the United States Court of Appeals for the Second Circuit, and the Bar of the United States Supreme Court. I am in good standing with these Courts.

3. I have known Ms. Larson since September 2008.

4. Ms. Larson is an Associate at Reed Smith LLP in Washington, DC.

5. I have found Ms. Larson to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 09-CV-7863-NRB |
| ) | |
| SAFENET, INC.; et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the Motion of Ann V. Kramer, attorney for Defendant, SafeNet, Inc. ("SafeNet"), and said sponsor's attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Jan A. Larson
> REED SMITH LLP
> 1301 K Street, NW
> East Tower – Suite 1100
> Washington, DC 20005-3317
> T: (202) 414-9200
> F: (312) 414-9299
> jlarson@reedsmith.com

is admitted to practice *pro hac vice* as counsel for SafeNet in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

JAN AMBER LARSON

was admitted to practice as an attorney and counsellor at the bar of this Court on October 27, 2008.

I further certify that so far as the records of this office are concerned, JAN AMBER LARSON is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 16th day of February

A.D. 2011

By: _____
Deputy Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

                                    JAN A. LARSON

was on the  11TH  day of  SEPTEMBER, 2009  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 15, 2011.
>
> JULIO A. CASTILLO
> Clerk of the Court
>
> By: _____
>                        Deputy Clerk

ORIGINAL

# SERVICE LIST

## Federal Insurance Company v. SafeNet, Inc. et al
## Case #1:09-cv-07863-NRB (S.D.N.Y.)

| | |
|---|---|
| **Federal Insurance Company** <br> **Plaintiff** <br> **Counter Defendant** | **Michael Fredrick Perlis, Esq.** <br> **Rachael Shook, Esq.** <br> **Richard Ray Johnson, Esq.** <br> Stroock & Stroock & Lavan, LLP (CA) <br> 2029 Century Park East <br> Los Angeles, CA  90067-3086 <br> (310) 556-5800 <br> Fax: (310) 556-5959 <br> Emails: mperlis@stroock.com <br> rshook@stroock.com <br> rjohnson@stroock.com |
| **Carole Argo** <br> **Defendant** <br> **Counter Claimant** | **Benjamin C. Brown, Esq.** <br> **Matthew Benjamin Holmwood, Esq.** <br> Wilmer Cutler Pickering Hale & Dorr L.L.P. (DC) <br> 1875 Pennsylvania Avenue, NW <br> Washington, DC  20006 <br> (202) 663-6000 <br> Fax: (202) 663-6363 <br> Emails: ben.brown@wilmerhale.com <br> matthew.holmwood@wilmerhale.com <br><br> **Paul Adam Engelmayer, Esq.** <br> Wilmer, Cutler, Hale & Corr, L.L.P. (NYC) <br> 399 Park Avenue <br> New York, NY  10022 <br> (212) 230-8820 <br> Fax: (212) 230-8888 <br> Email: paul.engelmayer@wilmerhale.com |
| **Anthony Caputo** <br> **Defendant** <br> **Counter Claimant** | **Joshua P. Wilson, Esq.** <br> **Tiffany A. Archer, Esq.** <br> Arnold & Porter, LLP (DC) <br> 555 Twelfth Street, N.W. <br> Washington, DC  20004 <br> (202) 942-5000 <br> Fax: (202) 942-5999 <br> Emails: joshua.wilson@aporter.com <br> Tiffany.Archer@ aporter.com |