**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| FEDERAL INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | Civ. Action No. 09-CV-7863-NRB |
| v. | ) ) | |
| SAFENET, INC.; et al., | ) ) | |
| Defendants. | ) ) | |

**DEFENDANT ARGO'S REPLY IN SUPPORT OF HER CROSS-MOTION FOR SUMMARY JUDGMENT; REPLY TO PLAINTIFF FEDERAL'S RESPONSE TO DEFENDANT'S STATEMENT OF MATERIAL FACT; and OPPOSITION TO PLAINTIFF'S EVIDENTIARY OBJECTIONS TO THE AFFIDAVIT OF KEVIN HICKS**

WILMER CUTLER PICKERING HALE
& DORR LLP

Matthew B. Holmwood (pro hac vice)
Benjamin Brown (pro hac vice)
WILMER, CUTLER, PICKERING, HALE &
DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
(202) 663-6363 (fax)
matthew.holmwood@wilmerhale.com
ben.brown@wilmerhale.com

**DEFENDANT ARGO'S REPLY IN SUPPORT OF HER CROSS-MOTION FOR SUMMARY JUDGMENT; REPLY TO PLAINTIFF FEDERAL'S RESPONSE TO DEFENDANT'S STATEMENT OF MATERIAL FACT; and OPPOSITION TO PLAINTIFF'S EVIDENTIARY OBJECTIONS TO THE AFFIDAVIT OF KEVIN HICKS**

For the convenience of the Court, Defendant Argo adopts the arguments set forth in Defendant SafeNet, Inc.'s Reply in support of its Cross-Motion for Summary Judgment against Plaintiff, Federal Insurance Company ("Federal"). For the reasons stated therein, and for the reasons stated in Defendants' opening briefs, Ms. Argo urges that the Court grant Defendants' Cross Motions.

Ms. Argo also adopts Defendant SafeNet's Reply to Plaintiff Federal's Response to Defendant SafeNet's Statement of Material Facts pursuant to Civil Local Rule 56.1 in support of its Cross-Motion for Summary Judgment against Plaintiff Federal and Defendant SafeNet's Opposition to Plaintiff's Evidentiary Objections to the Affidavit of Kevin Hicks.

| | |
|---|---|
| Dated: April 5, 2011 | WILMER CUTLER PICKERING HALE & DORR LLP |
| | /s/ Matthew B. Holmwood |
| | Matthew B. Holmwood (Pro Hac Vice) |
| | Ben Brown (Pro Hac Vice) |
| | WILMER, CUTLER, PICKERING, HALE & DORR LLP |
| | 1875 Pennsylvania Avenue, NW |
| | Washington, DC 20006 |
| | (202) 663-6000 |
| | (202) 663-6363 (fax) |
| | matthew.holmwood@wilmerhale.com |
| | ben.brown@wilmerhale.com |

## CERTIFICATE OF SERVICE

I certify that on this 5th day of April 2011, I caused the foregoing **DEFENDANT ARGO'S REPLY IN SUPPORT OF HER CROSS-MOTION FOR SUMMARY JUDGMENT; REPLY TO PLAINTIFF FEDERAL'S RESPONSE TO DEFENDANT'S STATEMENT OF MATERIAL FACT; and OPPOSITION TO PLAINTIFF'S EVIDENTIARY OBJECTIONS TO THE AFFIDAVIT OF KEVIN HICKS** to be filed electronically.  I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Dated:  April 5, 2011                              WILMER CUTLER PICKERING HALE
                                                   & DORR LLP

                                                   /s/ Matthew B. Holmwood
                                                   Matthew B. Holmwood (Pro Hac Vice)
                                                   Ben Brown (Pro Hac Vice)
                                                   WILMER, CUTLER, PICKERING, HALE &
                                                   DORR LLP
                                                   1875 Pennsylvania Avenue, NW
                                                   Washington, DC 20006
                                                   (202) 663-6000
                                                   (202) 663-6363 (fax)
                                                   matthew.holmwood@wilmerhale.com
                                                   ben.brown@wilmerhale.com