**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| FEDERAL INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | Civ. Action No. 09-CV-7863-NRB |
| v. | ) ) | |
| SAFENET, INC.; et al., | ) ) | |
| Defendants. | ) ) | |

**DEFENDANT CAPUTO'S REPLY IN SUPPORT OF HIS CROSS-MOTION FOR**
**SUMMARY JUDGMENT; REPLY TO PLAINTIFF FEDERAL'S RESPONSE TO**
**DEFENDANT'S STATEMENT OF MATERIAL FACT; and OPPOSITION TO**
**PLAINTIFF'S EVIDENTIARY OBJECTIONS TO THE AFFIDAVIT OF KEVIN HICKS**

ARNOLD & PORTER, LLP

John A. Freedman
Joshua P. Wilson (Pro Hac Vice)
ARNOLD & PORTER, LLP
555 Twelfth St., NW
Washington, DC 20006
(202) 942-5316
(202) 942-5000 (fax)
john.freedman@aporter.com
joshua.wilson@aporter.com

**DEFENDANT CAPUTO'S REPLY IN SUPPORT OF HER CROSS-MOTION FOR SUMMARY JUDGMENT; REPLY TO PLAINTIFF FEDERAL'S RESPONSE TO DEFENDANT'S STATEMENT OF MATERIAL FACT; and OPPOSITION TO PLAINTIFF'S EVIDENTIARY OBJECTIONS TO THE AFFIDAVIT OF KEVIN HICKS**

For the convenience of the Court, Defendant Caputo adopts the arguments set forth in Defendant SafeNet, Inc.'s Reply in support of its Cross-Motion for Summary Judgment against Plaintiff, Federal Insurance Company ("Federal").  For the reasons stated therein, and for the reasons stated in Defendants' opening briefs, Mr. Caputo urges that the Court grant Defendants' Cross Motions.

Mr. Caputo also adopts Defendant SafeNet's Reply to Plaintiff Federal's Response to Defendant SafeNet's Statement of Material Facts pursuant to Civil Local Rule 56.1 in support of its Cross-Motion for Summary Judgment against Plaintiff Federal, and Defendant SafeNet's Opposition to Plaintiff's Evidentiary Objections to the Affidavit of Kevin Hicks.

Dated:  April 5, 2011                          ARNOLD & PORTER, LLP

                                               /s/ John A. Freedman
                                               John A. Freedman
                                               Joshua P. Wilson (Pro Hac Vice)
                                               ARNOLD & PORTER, LLP
                                               555 Twelfth St., NW
                                               Washington, DC 20006
                                               (202) 942-5316
                                               (202) 942-5000 (fax)
                                               john.freedman@aporter.com
                                               joshua.wilson@aporter.com

2

## CERTIFICATE OF SERVICE

I certify that on this 5th day of April 2011, I caused the foregoing **DEFENDANT CAPUTO'S REPLY IN SUPPORT OF HIS CROSS-MOTION FOR SUMMARY JUDGMENT REPLY TO PLAINTIFF FEDERAL'S RESPONSE TO DEFENDANT'S STATEMENT OF MATERIAL FACT; and OPPOSITION TO PLAINTIFF'S EVIDENTIARY OBJECTIONS TO THE AFFIDAVIT OF KEVIN HICKS** to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Dated:  April 5, 2011                                    ARNOLD & PORTER, LLP


                                                         /s/ John A. Freedman
                                                         John A. Freedman
                                                         Joshua P. Wilson (Pro Hac Vice)
                                                         ARNOLD & PORTER, LLP
                                                         555 Twelfth St., NW
                                                         Washington, DC 20006
                                                         (202) 942-5316
                                                         (202) 942-5000 (fax)
                                                         john.freedman@aporter.com
                                                         joshua.wilson@aporter.com