## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY, | ) | Civ. Action No. 09-CV-7863-NRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | Hon. Naomi Reice Buchwald |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| SAFENET, INC.; et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

The undersigned, an attorney at law in the state of New York, affirms that on April 5, 2011, she caused the following documents to be served via electronic filing:

    **(1)    DEFENDANT SAFENET'S REPLY IN SUPPORT OF ITS CROSS-MOTION FOR SUMMARY JUDGMENT**

    **(2)    DECLARATION OF ANN V. KRAMER IN SUPPORT OF DEFENDANT SAFENET'S REPLY IN SUPPORT OF ITS CROSS-MOTION FOR SUMMARY JUDGMENT**

    **(3)    DEFENDANT SAFENET'S REPLY TO PLAINTIFF FEDERAL INSURANCE COMPANY'S RESPONSE TO DEFENDANT'S STATEMENT OF MATERIAL FACT;**

    **(4)    DEFENDANT SAFENET'S OPPOSITION TO PLAINTIFF'S EVIDENTIARY OBJECTIONS TO THE AFFIDAVIT OF KEVIN HICKS.**

Upon the persons listed on the attached service list.

 

                                            /s/ Ann V. Kramer
                                              Ann V. Kramer

# SERVICE LIST

## Federal Insurance Company v. SafeNet, Inc. et al
## Case #1:09-cv-07863-NRB (S.D.N.Y.)

| | |
|---|---|
| **Federal Insurance Company**<br>**Plaintiff**<br>**Counter Defendant**<br>. | **Michael Fredrick Perlis, Esq.**<br>**Rachael Shook, Esq.**<br>**Richard Ray Johnson, Esq.**<br>Stroock & Stroock & Lavan, LLP (CA)<br>2029 Century Park East<br>Los Angeles, CA  90067-3086<br>(310) 556-5800<br>Fax: (310) 556-5959<br>Emails: mperlis@stroock.com<br>      rshook@stroock.com<br>      rjohnson@stroock.com |
| **Carole Argo**<br>**Defendant**<br>**Counter Claimant** | **Benjamin C. Brown, Esq.**<br>**Matthew Benjamin Holmwood, Esq.**<br>Wilmer Cutler Pickering Hale & Dorr L.L.P. (DC)<br>1875 Pennsylvania Avenue, NW<br>Washington, DC  20006<br>(202) 663-6000<br>Fax: (202) 663-6363<br>Emails: ben.brown@wilmerhale.com<br>      matthew.holmwood@wilmerhale.com<br><br>**Paul Adam Engelmayer, Esq.**<br>Wilmer, Cutler, Hale & Corr, L.L.P. (NYC)<br>399 Park Avenue<br>New York, NY  10022<br>(212) 230-8820<br>Fax: (212) 230-8888<br>Email: paul.engelmayer@wilmerhale.com |
| **Anthony Caputo**<br>**Defendant**<br>**Counter Claimant** | **Joshua P. Wilson, Esq.**<br>**Tiffany A. Archer, Esq.**<br>Arnold & Porter, LLP (DC)<br>555 Twelfth Street, N.W.<br>Washington, DC  20004<br>(202) 942-5000<br>Fax: (202) 942-5999<br>Emails: joshua.wilson@aporter.com<br>      Tiffany.Archer@ aporter.com |