IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) Civ. Action No. 09-CV-7863-NRB |
| SAFENET, INC.; et al., | ) |
| Defendants. | ) |

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, I, Ann V. Kramer, a member in good standing of the Bar of this Court hereby move for an Order allowing the admission *pro hac vice* of:

> Duane F. Sigelko
> REED SMITH LLP
> 10 South Wacker Drive
> Chicago, IL 60606-7507
> T: (312) 207-1000
> F: (312) 207-6400
> dsigelko@reedsmith.com

Duane F. Sigelko is a member in good standing of the Bar of the State of Illinois. There are no pending disciplinary proceedings against Duane F. Sigelko in any State of Federal Court.

Date: April 18, 2011          By: _____
                                  Ann V. Kramer [AK6448]
                                  REED SMITH LLP
                                  599 Lexington Avenue - 22nd Floor
                                  New York, New York 10022
                                  Tel: (212) 205-6057
                                  Fax: (212) 521-5450
                                  akramer@reedsmith.com

                                  *Attorney for Defendant,*
                                  *SafeNet, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) Civ. Action No. 09-CV-7863-NRB |
| SAFENET, INC.; et al., | ) |
| Defendants. | ) |

**AFFIDAVIT OF ANN V. KRAMER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

Ann V. Kramer, being duly sworn, hereby deposes and says as follows:

1. I am a Partner at Reed Smith LLP, counsel for Defendant, SafeNet, Inc. ("SafeNet") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's Motion to Admit Duane F. Sigelko as counsel *pro hac vice* to represent SafeNet in this matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in 1985. I am also admitted to the Bar of the United States District Courts for the Southern District of New York, the Eastern District of New York, and the Northern District of New York, the Bar of the United States Court of Appeals for the Second Circuit, and the Bar of the United States Supreme Court. I am in good standing with these Courts.

3. I have known Mr. Sigelko since February 2008.

4. Mr. Sigelko is a Partner at Reed Smith LLP in Chicago, Illinois.

5. I have found Mr. Sigelko to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Duane F. Sigelko, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Duane F. Sigelko, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the Motion to Admit Duane F. Sigelko, *pro hac vice*, to represent Defendant in the above-captioned matter, be granted.

Ann V. Kramer [AK6448]
REED SMITH LLP
599 Lexington Avenue - 22nd Floor
New York, New York 10022
Tel: (212) 205-6057
Fax: (212) 521-5450
akramer@reedsmith.com
*Attorney for Defendant,*
*SafeNet, Inc.*

Subscribed and Sworn before me
this 18th day of April, 2011.

Notary Public

DIANA E. RIVERA
Notary Public, State of New York
No. 01RI5077886
Qualified in Richmond County
Commission Expires May 12, 2011

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAFENET, INC.; et al., )<br>)<br>Defendants. )<br>) | Civ. Action No. 09-CV-7863-NRB |

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the Motion of Ann V. Kramer, attorney for Defendant, SafeNet, Inc. ("SafeNet"), and said sponsor's attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Duane F. Sigelko
> REED SMITH LLP
> 10 South Wacker Drive
> Chicago, IL 60606-7507
> T: (312) 207-1000
> F: (312) 207-6400
> dsigelko@reedsmith.com

is admitted to practice *pro hac vice* as counsel for SafeNet in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Duane F. Sigelko

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 6, 1986 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Monday, April 11, 2011.

*Carolyn Taft Grosboll*

Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SAFENET, INC.; et al.,<br><br>Defendants. | Civ. Action No. 09-CV-7863-NRB |

## PROOF OF SERVICE

I certify that on this date, a true and correct copy of the Motion for Admission Pro Hac Vice of Duane F. Sigelko was served by first class mail upon the parties on the attached service list:

Date: April 18, 2011

By: _____
Ann V. Kramer [AK6448]
REED SMITH LLP
599 Lexington Avenue - 22nd Floor
New York, New York 10022
Tel: (212) 205-6057
Fax: (212) 521-5450
akramer@reedsmith.com

*Attorney for Defendant,
SafeNet, Inc.*

# SERVICE LIST

## Federal Insurance Company v. SafeNet, Inc. et al
## Case #1:09-cv-07863-NRB (S.D.N.Y.)

| | |
|---|---|
| **Federal Insurance Company**<br>**Plaintiff**<br>**Counter Defendant** | **Michael Fredrick Perlis, Esq.**<br>**Rachael Shook, Esq.**<br>**Richard Ray Johnson, Esq.**<br>Stroock & Stroock & Lavan, LLP (CA)<br>2029 Century Park East<br>Los Angeles, CA  90067-3086<br>(310) 556-5800<br>Fax: (310) 556-5959<br>Emails: mperlis@stroock.com<br>          rshook@stroock.com<br>          rjohnson@stroock.com |
| **Carole Argo**<br>**Defendant**<br>**Counter Claimant** | **Benjamin C. Brown, Esq.**<br>**Matthew Benjamin Holmwood, Esq.**<br>Wilmer Cutler Pickering Hale & Dorr L.L.P. (DC)<br>1875 Pennsylvania Avenue, NW<br>Washington, DC  20006<br>(202) 663-6000<br>Fax: (202) 663-6363<br>Emails: ben.brown@wilmerhale.com<br>          matthew.holmwood@wilmerhale.com<br><br>**Paul Adam Engelmayer, Esq.**<br>Wilmer, Cutler, Hale & Corr, L.L.P. (NYC)<br>399 Park Avenue<br>New York, NY  10022<br>(212) 230-8820<br>Fax: (212) 230-8888<br>Email: paul.engelmayer@wilmerhale.com |
| **Anthony Caputo**<br>**Defendant**<br>**Counter Claimant** | **Joshua P. Wilson, Esq.**<br>**Tiffany A. Archer, Esq.**<br>Arnold & Porter, LLP (DC)<br>555 Twelfth Street, N.W.<br>Washington, DC  20004<br>(202) 942-5000<br>Fax: (202) 942-5999<br>Emails: joshua.wilson@aporter.com<br>          Tiffany.Archer@aporter.com |

US_ACTIVE-105752035.1