IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) Civ. Action No. 09-CV-7863-NRB |
| SAFENET, INC.; et al., | ) |
| Defendants. | ) |

### ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the Motion of Ann V. Kramer, attorney for Defendant, SafeNet, Inc. ("SafeNet"), and said sponsor's attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Duane F. Sigelko
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606-7507
T: (312) 207-1000
F: (312) 207-6400
dsigelko@reedsmith.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/11
```

is admitted to practice *pro hac vice* as counsel for SafeNet in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: April 20, 2011
City, State: New York, NY

_____
United States District/Magistrate Judge