Buchwald

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Federal Insurance Company,       )
                                 )
                    Plaintiff,   )    Case No. 09-cv-7863 NRB
                                 )
          -against-              )
                                 )
SafeNet, Inc., et al.,           )
                                 )
                    Defendants.  )

---

### NOTICE OF WITHDRAWAL OF
### COUNSEL OF RECORD AND [PROPOSED ORDER]

**PLEASE TAKE NOTICE** that Paul A. Engelmayer of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP hereby withdraws his appearance as counsel of record in the above-captioned matter for Defendant Carole Argo. As of September 1, 2011, Mr. Engelmayer will no longer be a member of Wilmer Cutler Pickering Hale and Dorr LLP. Defendant Carole Argo remains represented by the law firm of Wilmer Cutler Pickering Hale and Dorr LLP.

Mr. Engelmayer is not asserting a retaining or charging lien.

Dated:  New York, New York
        August 4, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/9/2011

Respectfully submitted,

By: _Paul A. Engelmayer_

Paul A. Engelmayer
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
Tel.: (212) 230-8800
Fax: (212) 230-8888

*Attorney for Defendant Carole Argo*

SO ORDERED

Dated: New York, New York

      August 8, 2011

*/s/ Naomi Reice Buchwald*

Honorable Naomi Reice Buchwald
Unite States District Judge