UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
FEDERAL INSURANCE COMPANY,       :

        Plaintiff,       :

    v.       :

SAFENET, INC., ANDREW E. CLARK,       :  Civ. Action No. 09-CV-7863 (NRB)
WALTER W. STRAUB, THOMAS A.         ECF Case
BROOKS, IRA A. HUNT, Jr., BRUCE R.       :
THAW, ARTHUR L. MONEY, CAROLE
ARGO, KENNETH MUELLER, SHELLEY A.       :
HARRISON, and ANTHONY CAPUTO,
        :

        Defendants.       :

        :
------------------------------------- x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters her appearance as counsel in this action for Defendant Carole Argo . I certify that I am admitted to practice in this court.

Dated: New York, New York
       August 10, 2011

                              Respectfully submitted,

                              WILMER CUTLER PICKERING HALE
                                AND DORR LLP

                              /s/ Robin L. Baker
                              Robin L. Baker  [RB1865]
                              399 Park Avenue
                              New York, NY  10022
                              (212) 937-7261
                              (212) 230-8888 (fax)
                              robin.baker@wilmerhale.com