# MEMO ENDORSED

300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: 213-485-1500
Fax: 213-485-1200
www.lockelord.com

## Locke Lord Bissell & Liddell LLP
Attorneys & Counselors

Rachael Shook
Direct Telephone: 213-687-6729
Direct Fax: 213-485-1200
rshook@lockelord.com

# MEMO ENDORSED

*Endorsement*

*The conference is adjourned until October 6, 2011 at 3:30 p.m.*

*So Ordered.*

*Naomi Reice Buchwald, USDJ*
*9/19/11*

By Federal Express

September 12, 2011

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
SEP 19 2011
UNITED STATES COURT JUDGE

Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Federal Ins. Co. v. SafeNet, Inc., et al.*, Case No. 1:09-cv-07863-NRB

Dear Judge Buchwald:

Your Honor's Memorandum and Order dated September 9, 2011 requested that counsel for all parties appear for a telephonic status conference on October 5, 2011 at 2:30 p.m. to discuss a proposed course of action concerning any remaining and/or counterclaims in the above-captioned matter.

I write on behalf of Federal Insurance Company ("Federal") to respectfully request that this Court consider alternative dates for the telephonic status conference. Federal's lead counsel, Mr. Michael Perlis, will be on an airplane all day on October 5, 2011 and will be unable to attend the conference as scheduled. However, Mr. Perlis is available October 6, 7, 10, and 11. Thank you for your consideration.

Very truly yours,

Rachael Shook

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/20/11

cc:   Ann V. Kramer, Esq.
      Matthew Benjamin Holmwood, Esq.
      Joshua P. Wilson, Esq.

Atlanta, Austin, Chicago, Dallas, Hong Kong, Houston, London, Los Angeles, New Orleans, New York, Sacramento, San Francisco, Washington DC