USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/11

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, INC., | Civil Action No. 09-CV-7863 |
| Plaintiff, | (NRB) (ECF CASE) |
| vs. | Hon. Naomi Reice Buchwald |
| SAFENET, INC., CAROLE ARGO, and ANTHONY CAPUTO, | |
| Defendant. | |

### STIPULATION RE: ENTRY OF JUDGMENT AND DISMISSAL OF COUNTERCLAIMS WITH PREJUDICE

Plaintiff and Counter-defendant, Federal Insurance Company ("Federal"), and Defendants and Counterclaimants, SafeNet, Inc. ("SafeNet"), Carole Argo, and Anthony Caputo, do hereby stipulate, covenant, and agree, subject to the approval and order of this Honorable Court:

(1) that JUDGMENT (in the form attached hereto as Exhibit "A") be entered in this action for Federal in accordance with the Court's September 9, 2011 Memorandum and Order on the parties' cross-motions for summary judgment;

(2) that the Counterclaims of SafeNet, Carole Argo, and Anthony Caputo against Federal be dismissed <u>with prejudice</u>; and

(3) that none of SafeNet, nor Carole Argo, nor Anthony Caputo will appeal the JUDGMENT, or bring or maintain any further claim against Federal with respect to the Class Action, the First Excess Policy, or any other matter that was raised or could have been raised in

Federal's Complaint in this action, and/or the Counterclaims of SafeNet, Carole Argo, and/or Anthony Caputo, and that Federal will not appeal the JUDGMENT, or bring or maintain any further claim against SafeNet or Carole Argo or Anthony Caputo with respect to the Class Action, the First Excess Policy, or any other matter that was raised or could have been raised in Federal's Complaint in this action, and/or the Counterclaims of SafeNet, Carole Argo, and/or Anthony Caputo.

SO STIPULATED:                                October 24, 2011

| /s/ Michael F. Perlis                          | Matthew B. Holmwood                      |
|------------------------------------------------|------------------------------------------|
| Michael F. Perlis                              | Matthew B. Holmwood                      |
| Locke Lord Bissell & Liddell LLP               | Wilmer Cutler Pickering Hale & Dorr      |
| 300 S. Grand Avenue, Suite 2600                | 1875 Pennsylvania Avenue, NW             |
| Los Angeles, CA 90071                          | Washington, DC 20006                     |
| *Counsel for Federal*                          | *Counsel for Carole Argo*                |
|                                                |                                          |
| James M. Carson                                | Carole Argo                              |
| Federal Insurance Company                      |                                          |
|                                                |                                          |
| Duane Sigelko                                  | John A. Freedman                         |
| Reed Smith LLP                                 | Arnold & Porter, LLP                     |
| 10 South Wacker Drive                          | 555 Twelfth Street, N.W.                 |
| Chicago, IL 60606-7507                         | Washington, DC 20004                     |
| *Counsel for SafeNet*                          | *Counsel for Anthony Caputo*             |
|                                                |                                          |
| By:                                            | Anthony Caputo                           |
| SafeNet, Inc.                                  |                                          |

SO ORDERED.    October 27, 2011

/s/ Naomi Reice Buchwald
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Federal's Complaint in this action, and/or the Counterclaims of SafeNet, Carole Argo, and/or Anthony Caputo, and that Federal will not appeal the JUDGMENT, or bring or maintain any further claim against SafeNet or Carole Argo or Anthony Caputo with respect to the Class Action, the First Excess Policy, or any other matter that was raised or could have been raised in Federal's Complaint in this action, and/or the Counterclaims of SafeNet, Carole Argo, and/or Anthony Caputo.

**SO STIPULATED:**  October 24, 2011

| | |
|---|---|
| Michael F. Perlis<br>Locke Lord Bissell & Liddell LLP<br>300 S. Grand Avenue, Suite 2600<br>Los Angeles, CA 90071<br>*Counsel for Federal* | Matthew B. Holmwood<br>Wilmer Cutler Pickering Hale & Dorr<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>*Counsel for Carole Argo* |
| James M. Carson<br>Federal Insurance Company<br>*[signature]*<br>Duane Sigelko<br>Reed Smith LLP<br>10 South Wacker Drive<br>Chicago, IL 60606-7507<br>*Counsel for SafeNet* | Carole Argo<br><br>John A. Freedman<br>Arnold & Porter, LLP<br>555 Twelfth Street, N.W.<br>Washington, DC 20004<br>*Counsel for Anthony Caputo* |
| By: _____<br>SafeNet, Inc. | Anthony Caputo |

**SO ORDERED.**   October __, 2011

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Federal's Complaint in this action, and/or the Counterclaims of SafeNet, Carole Argo, and/or Anthony Caputo, and that Federal will not appeal the JUDGMENT, or bring or maintain any further claim against SafeNet or Carole Argo or Anthony Caputo with respect to the Class Action, the First Excess Policy, or any other matter that was raised or could have been raised in Federal's Complaint in this action, and/or the Counterclaims of SafeNet, Carole Argo, and/or Anthony Caputo.

**SO STIPULATED:** October 24, 2011

| | |
|---|---|
| Michael F. Perlis<br>Locke Lord Bissell & Liddell LLP<br>300 S. Grand Avenue, Suite 2600<br>Los Angeles, CA 90071<br>*Counsel for Federal* | Matthew B. Holmwood<br>Wilmer Cutler Pickering Hale & Dorr<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>*Counsel for Carole Argo* |
| James M. Carson<br>Federal Insurance Company | Carole Argo |
| Duane Sigelko<br>Reed Smith LLP<br>10 South Wacker Drive<br>Chicago, IL 60606-7507<br>*Counsel for SafeNet* | John A. Freedman<br>Arnold & Porter, LLP<br>555 Twelfth Street, N.W.<br>Washington, DC 20004<br>*Counsel for Anthony Caputo* |
| By: _____<br>SafeNet, Inc. | Anthony Caputo |

**SO ORDERED.**   October ___, 2011

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Federal's Complaint in this action, and/or the Counterclaims of SafeNet, Carole Argo, and/or Anthony Caputo, and that Federal will not appeal the JUDGMENT, or bring or maintain any further claim against SafeNet or Carole Argo or Anthony Caputo with respect to the Class Action, the First Excess Policy, or any other matter that was raised or could have been raised in Federal's Complaint in this action, and/or the Counterclaims of SafeNet, Carole Argo, and/or Anthony Caputo.

**SO STIPULATED:**                           October 24, 2011

| | |
|---|---|
| Michael F. Perlis<br>Locke Lord Bissell & Liddell LLP<br>300 S. Grand Avenue, Suite 2600<br>Los Angeles, CA 90071<br>*Counsel for Federal* | Matthew B. Holmwood<br>Wilmer Cutler Pickering Hale & Dorr<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>*Counsel for Carole Argo* |
| James M. Carson<br>Federal Insurance Company | Carole Argo *(signed)* |
| Duane Sigelko<br>Reed Smith LLP<br>10 South Wacker Drive<br>Chicago, IL 60606-7507<br>*Counsel for SafeNet* | John A. Freedman<br>Arnold & Porter, LLP<br>555 Twelfth Street, N.W.<br>Washington, DC 20004<br>*Counsel for Anthony Caputo* |
| By: _____<br>SafeNet, Inc. | Anthony Caputo |

**SO ORDERED.**          October ___, 2011

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Federal's Complaint in this action, and/or the Counterclaims of SafeNet, Carole Argo, and/or Anthony Caputo, and that Federal will not appeal the JUDGMENT, or bring or maintain any further claim against SafeNet or Carole Argo or Anthony Caputo with respect to the Class Action, the First Excess Policy, or any other matter that was raised or could have been raised in Federal's Complaint in this action, and/or the Counterclaims of SafeNet, Carole Argo, and/or Anthony Caputo.

SO STIPULATED:                                October 24, 2011

| /s/ Michael F. Perlis<br>Michael F. Perlis<br>Locke Lord Bissell & Liddell LLP<br>300 S. Grand Avenue, Suite 2600<br>Los Angeles, CA 90071<br>Counsel for Federal<br><br>/s/ James M. Carson<br>James M. Carson<br>Federal Insurance Company<br><br>/s/ Duane Sigelko<br>Duane Sigelko<br>Reed Smith LLP<br>10 South Wacker Drive<br>Chicago, IL 60606-7507<br>Counsel for SafeNet<br><br>By: _____<br>SafeNet, Inc. | /s/ Matthew B. Holmwood<br>Matthew B. Holmwood<br>Wilmer Cutler Pickering Hale & Dorr<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Counsel for Carole Argo<br><br>_____<br>Carole Argo<br><br>/s/ John A. Freedman<br>John A. Freedman<br>Arnold & Porter, LLP<br>555 Twelfth Street, N.W.<br>Washington, DC 20004<br>Counsel for Anthony Caputo<br><br>_____<br>Anthony Caputo |

SO ORDERED.           October ___, 2011

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Federal's Complaint in this action, and/or the Counterclaims of SafeNet, Carole Argo, and/or Anthony Caputo, and that Federal will not appeal the JUDGMENT, or bring or maintain any further claim against SafeNet or Carole Argo or Anthony Caputo with respect to the Class Action, the First Excess Policy, or any other matter that was raised or could have been raised in Federal's Complaint in this action, and/or the Counterclaims of SafeNet, Carole Argo, and/or Anthony Caputo.

**SO STIPULATED:**            October 24, 2011

| | |
|---|---|
| /s/ *Michael F. Perlis*<br>Michael F. Perlis<br>Locke Lord Bissell & Liddell LLP<br>300 S. Grand Avenue, Suite 2600<br>Los Angeles, CA 90071<br>*Counsel for Federal* | /s/ *Matthew B. Holmwood*<br>Matthew B. Holmwood<br>Wilmer Cutler Pickering Hale & Dorr<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>*Counsel for Carole Argo* |
| James M. Carson<br>Federal Insurance Company<br><br>/s/ *Duane Sigelko*<br>Duane Sigelko<br>Reed Smith LLP<br>10 South Wacker Drive<br>Chicago, IL 60606-7507<br>*Counsel for SafeNet*<br><br>By: Kenneth M. Siegel, SVP & GC<br>SafeNet, Inc. | Carole Argo<br><br>/s/ *John A. Freedman*<br>John A. Freedman<br>Arnold & Porter, LLP<br>555 Twelfth Street, N.W.<br>Washington, DC 20004<br>*Counsel for Anthony Caputo*<br><br><br>Anthony Caputo |

**SO ORDERED.**         October ___, 2011

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Federal's Complaint in this action, and/or the Counterclaims of SafeNet, Carole Argo, and/or Anthony Caputo, and that Federal will not appeal the JUDGMENT, or bring or maintain any further claim against SafeNet or Carole Argo or Anthony Caputo with respect to the Class Action, the First Excess Policy, or any other matter that was raised or could have been raised in Federal's Complaint in this action, and/or the Counterclaims of SafeNet, Carole Argo, and/or Anthony Caputo.

**SO STIPULATED:**  October 24, 2011

| | |
|---|---|
| /s/ *Michael F. Perlis* <br> Michael F. Perlis <br> Locke Lord Bissell & Liddell LLP <br> 300 S. Grand Avenue, Suite 2600 <br> Los Angeles, CA 90071 <br> *Counsel for Federal* <br><br> _____ <br> James M. Carson <br> Federal Insurance Company <br><br> /s/ *Duane Sigelko* <br> Duane Sigelko <br> Reed Smith LLP <br> 10 South Wacker Drive <br> Chicago, IL 60606-7507 <br> *Counsel for SafeNet* <br><br> _____ <br> By: _____ <br> SafeNet, Inc. | /s/ *Matthew B. Holmwood* <br> Matthew B. Holmwood <br> Wilmer Cutler Pickering Hale & Dorr <br> 1875 Pennsylvania Avenue, NW <br> Washington, DC 20006 <br> *Counsel for Carole Argo* <br><br> *Carole Argo* (signature) <br> Carole Argo <br><br> /s/ *John A. Freedman* <br> John A. Freedman <br> Arnold & Porter, LLP <br> 555 Twelfth Street, N.W. <br> Washington, DC 20004 <br> *Counsel for Anthony Caputo* <br><br> _____ <br> Anthony Caputo |

**SO ORDERED.**  October ___, 2011

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

10/25/2011 17:28 FAX 2029425450         RECEIVED 02/04/2009 01:55
                                          Arnold & Porter LLP                    ☒0002/0002

Federal's Complaint in this action, and/or the Counterclaims of SafeNet, Carole Argo, and/or Anthony Caputo, and that Federal will not appeal the JUDGMENT, or bring or maintain any further claim against SafeNet or Carole Argo or Anthony Caputo with respect to the Class Action, the First Excess Policy, or any other matter that was raised or could have been raised in Federal's Complaint in this action, and/or the Counterclaims of SafeNet, Carole Argo, and/or Anthony Caputo.

**SO STIPULATED:**                       October 24, 2011

| /s/ Michael F. Perlis | /s/ Matthew B. Holmwood |
|---|---|
| Michael F. Perlis | Matthew B. Holmwood |
| Locke Lord Bissell & Liddell LLP | Wilmer Cutler Pickering Hale & Dorr |
| 300 S. Grand Avenue, Suite 2600 | 1875 Pennsylvania Avenue, NW |
| Los Angeles, CA 90071 | Washington, DC 20006 |
| *Counsel for Federal* | *Counsel for Carole Argo* |
| | |
| James M. Carson | Carole Argo |
| Federal Insurance Company | |
| | /s/ John A. Freedman |
| /s/ Duane Sigelko | John A. Freedman |
| Duane Sigelko | Arnold & Porter, LLP |
| Reed Smith LLP | 555 Twelfth Street, N.W. |
| 10 South Wacker Drive | Washington, DC 20004 |
| Chicago, IL 60606-7507 | *Counsel for Anthony Caputo* |
| *Counsel for SafeNet* | |
| | Anthony Caputo |
| By: _____ | |
| SafeNet, Inc. | |

**SO ORDERED.**         October ___, 2011

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE